NO. SCWC-30442

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

ALBERT VILLADOS, JR., also known as ALBERTO VILLADOS, JR.,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30442; CR. NO. 08-1-0115)

ORDER
(By: Recktenwald, C.J., Nakayama, and McKenna, JJ., and
Circuit Judge Nishimura, assigned by reason of vacancy;
with Acoba, J., dissenting separately)

Upon consideration of Petitioner/Defendant-Appellant Albert Villados, Jr.'s letter, which was received and filed on September 6, 2012, requesting an extension of time for reconsideration of dismissal of the application for writ of certiorari, and the records and files herein, our rules do not allow for reconsideration of the acceptance or rejection of an application for certiorari. Hawai'i Rules of Appellate Procedure Rule 40.1(h). Therefore,

IT IS HEREBY ORDERED that the motion for extension of time for reconsideration of the order dismissing the application for writ of certiorari is denied.

DATED: Honolulu, Hawaiʻi, September 17, 2012.

Albert Villados, Jr.,
petitioner, pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Rhonda A. Nishimura



2